UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:   JUANA N. LOZANO
        AKA JUANA N. GUERRERO
        AKA JUANA NOELIA LOZANO

                                            Bk. Case No. 13-14556 JDL
        Debtor.                                  CHAPTER 13

MOTION TO VACATE ORDER FOR RELIEF
FROM THE AUTOMATIC STAY AND ABANDONMENT OF PROPERTY
AND NOTICE OF OPPORTUNITY FOR HEARING

    COMES NOW, the Applicant, HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., Asset- Backed Certificates, Series 2006-HE1 and applies to the Court to vacate the Order for Relief from the Automatic Stay filed on August 25, 2017, on the following grounds:

    1.    Debtor's mortgage payments are being paid inside the Plan which will allow the mortgage payments to be brought current within a reasonable time.

    WHEREFORE, HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., Asset- Backed Certificates, Series 2006-HE1 prays that the Order for Relief from the Automatic Stay entered on August 25, 2017, be vacated to allow debtors to continue to pay this debt inside the plan.

SHAPIRO & CEJDA, LLC

BY:  s/Kirk J. Cejda
     Kirk J. Cejda #12241
     770 NE 63rd St
     Oklahoma City, OK 73105-6431
     (405)848-1819
     Attorney for HSBC Bank USA,
     National Association as Trustee for
     Nomura Home Equity Loan, Inc.,
     Asset- Backed Certificates, Series
     2006-HE1
     (405)848-2009 (Facsimile No.)
     okecfwestern@logs.com

CERTIFICATE OF MAILING

       The undersigned hereby certifies that on the 27th of September, 2017, the foregoing motion was mailed via U.S. Mail, first class, postage prepaid to the following parties, to-wit: Juana N. Lozano, 9913 S. Klein Avenue, Oklahoma City, OK 73139, (Debtor) and all parties listed on the attached Debtor's matrix.  Further, I certify that a true and correct copy of the foregoing motion was electronically served on the 27th of September, 2017, using the CM/ECF system to the following parties: Timothy L. Wallace, (Attorney for Debtor), John T. Hardeman, (Trustee).

                                                                                         s/Kirk J. Cejda  
                                                                                         Kirk J. Cejda #12241

File No. 14-122221