```
Label Matrix for local noticing          America's Servicing Co.                 Wells Fargo Bank, N.A./Wells Fargo Home Mort
1087-5                                   MAC X7801-014                           MAC X7801-014
Case 13-14556                            3476 Stateview Blvd.                    3476 Stateview Blvd.
Western District of Oklahoma             Fort Mill, SC 29715-7203                Fort Mill, SC 29715-7203
Oklahoma City
Wed Sep 27 08:28:24 CDT 2017

USBC Western District of Oklahoma        AT&T                                    AT&T Mobility II LLC
215 Dean A. McGee                        P.O. Box 5001                           c/o AT&T Services, Inc
Oklahoma City, OK 73102-3426             Carol Stream, IL 60197-5001             Karen Cavagnaro, Paralegal
                                                                                 One AT&T Way, Room 3A104
                                                                                 Bedminster, NJ 07921-2693

AT&T U-Verse                             Afni                                    American InfoSource LP as agent for
C/O Consumer Bankruptcy                  Attention: Bankruptcy                   Midland Funding LLC
P.O. Box 769                             1310 Martin Luther King Dr              PO Box 268941
Arlington, TX 76004-0769                 Bloomington, IL 61701-1465              Oklahoma City, OK  73126-8941

Americas Servicing Co                    Asset Acceptance LLC                    Asset Acceptance LLC
P.O. Box 10328                           P.O. Box 1630                           Po Box 2036
Des Moines, IA 50306-0328                Warren, MI 48090-1630                   Warren MI 48090-2036

(p)BANK OF AMERICA                       Business Revenue Syste                  CSC Credit Services
PO BOX 982238                            2419 Spy Run Ave Ste A                  P.O. Box 619054
EL PASO TX 79998-2238                    Fort Wayne, IN 46805-3262               Dallas, TX 75261-9054

Central State Recovery                   Chase Bank                              ChexSystems
1314 N Main St                           P.O. Box 659732                         Attn: Consumer Relations
Hutchinson, KS 67501-4002                San Antonio, OK 78265-9732              7805 Hudson Rd., Ste 100
                                                                                 Woodbury, MN 55125-1703

Cmre Financial Services Inc              DISH                                    (p)DISCOVER FINANCIAL SERVICES LLC
3075 E Imperial Hwy Ste 200              9601 S Meridian Blvd.                   PO BOX 3025
Brea, CA 92821-6753                      Englewood, CO 80112-5905                NEW ALBANY OH 43054-3025

(c)FINANCIAL MEDIATION GROUP             GC Services Limited Partnership         HSBC Bank USA, National Association as Trust
841 PRUDENTIAL DR STE 1200               6330 Gulfton                            Americas Servicing Company
JACKSONVILLE FL   32207-8874             Houston, TX 77081-1198                  Attn: Bankruptcy Department/Mac ID #
                                                                                 3476 Stateview Blvd
                                                                                 Fort Mill, SC 29715-7203

Ic Systems Inc                           Information Solutions                   Innovis Data Solutions
P.O. Box 64378                           ATTN: Dispute Department                P.O. Box 1689
St. Paul, MN 55164-0378                  701 Experian Parkway                    Pittsburg, PA 15230-1689
                                         P.O. Box 2002
                                         Allen, TX 75013-2002

Internal Revenue Service                 Internal Revenue Service                Janis Yearout Ins Agcy Inc
P.O. Box 7346                            Special Procedures Branch               9901 S Western Ave.
Philadelphia, PA 19101-7346              55 N. Robinson, STOP 5024               Oklahoma City, OK 73139-2951
                                         Oklahoma City, OK 73102-9229
```

| | | |
|---|---|---|
| John Hardeman<br>Chapter 13 Office<br>P.O. Box 1948<br>Oklahoma City, OK 73101-1948 | Jose G. Lozano Ortega<br>9913 S Klein Ave<br>Oklahoma City, OK 73139-2907 | Love, Beal & Nixon, P.C.<br>P.O. Box 32738<br>Oklahoma City, OK 73123-0938 |
| Mercy Clinic OK Communities<br>P.O. Box 2580 - OK<br>Springfield, MO 65801-2580 | Midland Funding LLC<br>8875 Aero Dr<br>San Diego, CA 92123-2255 | Millennium Financial Group, LLC<br>5770 NW Expressway, Ste 102<br>Oklahoma City, OK 73132-5238 |
| NCB Management Services, Inc.<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 | Nissan Motor Acceptance Corporation<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| (p)OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL S OFFICE<br>100 N BROADWAY AVE SUITE 1500<br>OKLAHOMA CITY OK 73102-8601 | Oklahoma Tax Commission<br>P.O. Box 269062<br>Oklahoma City, OK 73126-9062 | Platinum Recovery Service LLC<br>3800 Watt Ave. #225<br>Sacramento, CA 95821-2690 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rickman & Rickman<br>P.O. Box 212269<br>Columbia, SC 29221-2269 | Sharon's Bail Bond<br>P.O. Box 94396<br>Oklahoma City, OK 73143-4396 |
| State Farm Fire and Casualty Company<br>12222 State Farm Blvd.<br>Tulsa, OK 74146-5402 | Stephen Bruce & Associates<br>P.O. Box 808<br>Edmond, OK 73083-0808 | Trans Union Corporation<br>ATTN: Dispute Department<br>2 Baldwin Place, P.O. Box 1000<br>Chester, PN 19022-1023 |
| U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 | US Trustee's Office<br>Charles Glidewell, Assistant US Trustee<br>215 Dean A McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 | Valarity, LLC<br>P.O. Box 505023<br>St Louis, MO 63150-5023 |
| Victoria's Secret<br>Attention: Bankruptcy<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Wallace Law Firm, PC<br>1112 SW 59th Street<br>Oklahoma City, OK 73109-4905 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 |
| Juana N. Lozano<br>9913 S Klein Ave<br>Oklahoma City, OK 73139-2907 | Timothy L. Wallace<br>Wallace Law Firm, P.C.<br>1112 SW 59th St.<br>Oklahoma City, OK 73109-4905 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | Discover Fin<br>P.O. Box 15316<br>Wilmington, DE 19850 | Nmac<br>Attn: Bankruptcy<br>8900 Freeport parkway<br>Irving, TX 75063 |
| Oklahoma Tax Commission<br>General Counsel's Office<br>120 N. Robinson, Ste. 2000W<br>Oklahoma City, OK 73102 | (d)Oklahoma Tax Commission<br>P.O. Box 269060<br>Oklahoma City, OK 73126-9060 | Portfolio Recovery<br>Attn: Bankruptcy<br>P.O. Box 41067<br>Norfolk, VA 23541 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Financial Mediation Group
841 Prudential Drive 12th Floor
Jacksonville, FL 32207


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HSBC BANK USA, NATIONAL ASSOCIATION AS TRU        (du)HSBC Bank USA, National Association as Tr        (d)Jose G. Lozano Ortega
                                                                                                      9913 S Klein Ave.
                                                                                                      Oklahoma CIty, OK 73139-2907


(d)Nissan Motor Acceptance Corporation        End of Label Matrix
PO Box 660366                                 Mailable recipients    55
Dallas TX 75266-0366                          Bypassed recipients     4
                                              Total                  59